UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

<u>FRANKLIN C. SMITH</u>,

    Plaintiff,

v.                                     No.: 3:13-cv-62

<u>PATRICK TODD PHILLIPS</u>,
<u>RON LINCOLN</u>, and
<u>ROBERT A DOWNS</u>,

    Defendants.

## **JUDGMENT ORDER**

For the reasons stated in the court's Memorandum and Order, the court **ORDERS** that this action is **DISMISSED** as frivolous and for failure to state a claim for relief. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

    **ENTER:**

                                                    s/ Thomas W. Phillips
                                                    United States District Judge

ENTERED AS A JUDGMENT
    s/ *Debra C. Poplin*
    CLERK OF COURT